**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Edward Lawrence O'BRIEN, Defendant-Appellant.**

**No. 72–1359
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Sept. 14, 1972.

Certiorari Denied Jan. 8, 1973.
See 93 S.Ct. 923.

James P. Panico, Maitland, Fla., court-appointed, for defendant-appellant.

---

7. The question of prepayment of costs or security therefore, 28 U.S.C.A. § 1916, 46 U.S.C.A. § 713, washes out by this disposition.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir., 1970, 431 F.2d 409.

518

John L. Briggs, U. S. Atty., Jacksonville, Fla., Alan C. Todd, Orlando, Fla., for plaintiff-appellee.

Before GEWIN, AINSWORTH and SIMPSON, Circuit Judges.

PER CURIAM:

Edward Lawrence O'Brien was convicted by a jury of armed robbery of a federally insured savings and loan association, in violation of 18 U.S.C. § 2113 (d), and sentenced to twenty-five years' imprisonment. He appeals, contending that the trial judge erred in (1) refusing to grant a motion for continuance, and (2) in disparaging appellant and his counsel and exhibiting bias in favor of the Government in the presence of the jury.

We have thoroughly examined the record, including the trial transcript, and find that the contentions of appellant are completely without merit.

Affirmed.